IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ALEXANDRIA FAYE,
*Individually and as Next Friend and on
Behalf of O.F. and K.S.*                                                    PLAINTIFF

v.                                      CIVIL ACTION NO. 1:15-cv-429-HSO-JCG

MISSISSIPPI DEPARTMENT OF
HUMAN SERVICES, et al.                                                      DEFENDANTS

# FINAL JUDGMENT

The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Order [41] entered herewith granting Defendants' Motion to Dismiss [15],

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED,** this the 7th day of September, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE